```
                          United States Bankruptcy Court
                          Southern District of Mississippi
```

In re:                                                          Case No. 19-01297-NPO
Marcus D. Guice                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-3          User: mssbad          Page 1 of 1          Date Rcvd: Jun 30, 2020
                              Form ID: van022          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db             +Marcus D. Guice,   2685 Military Road,    Raymond, MS 39154-8118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
         Barrett Blake Teller    on behalf of Creditor    Charles Donald Pulpwood, Inc. bteller@tellerlaw.com
         Edward E. Lawler, Jr.    on behalf of Creditor    21st Mortgage Corporation elawler@mckaylawler.com,
          kfriday@mckaylawler.com
         Harold J. Barkley Tl, Jr.    HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com
         Les Alvis    on behalf of Creditor    John Deere Construction & Forestry Company
          lalvis@rccalaw.com, lesalvis@comcast.net
         Michael G. Pond    on behalf of Debtor Marcus D. Guice mailforward@pondlawoffice.com,
          G13829@notify.cincompass.com;michaelpond1675@gmail.com
         United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                                              TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **In re:** | **Case No.:** 19–01297–NPO |
| Marcus D. Guice<br>dba J & G Logging, LLC | **Chapter:** 13 |

## FINAL DECREE/ORDER CLOSING CASE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

**ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

**DATED:** 6/30/20

/s/Neil P. Olack
**United States Bankruptcy Judge**

---

*Include all names used by Debtor(s) within last 8 years*

VAN022–OCAC